

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

THANIA CHARMANI
Partner
+1 212-294-4659
acharmani@winston.com

July 17, 2025

**VIA ECF**

Magistrate Judge Robyn F. Tarnofsky
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *GMH Capital Partners LP v. CBRE Capital Advisors, Inc. et al.*, 1:25-cv-05462-DEH
      Joint Request for a Briefing Schedule

Dear Judge Tarnofsky:

We represent defendants CBRE Capital Advisors, Inc., and CBRE, Inc. (collectively, "Defendants") in the above-referenced matter. We write jointly with Plaintiff to respectfully request that the Court approve the Parties' proposed briefing schedule regarding Defendants' anticipated Motion to Dismiss.

Plaintiff filed the operative Complaint in the New York County Supreme Court on or about April 25, 2025. Defendants removed this action to the Southern District of New York on July 1, 2025. Defendants accepted service of summons on July 2, 2025.

Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendants are required to respond to Plaintiff's Complaint by July 23, 2025. Plaintiff's deadline to respond to Defendants' anticipated Motion to Dismiss is August 6, 2025, and Defendants' reply deadline is August 13, 2025. This is the Parties' first request regarding the briefing schedule for Defendants' anticipated Motion to Dismiss, and all Parties have consented to the proposed schedule. Further, pursuant to Your Honor's Individual Rule III(A), the Parties have conferred, and Plaintiff has informed Defendants that it does not intend to file an Amended Complaint at this time.

Accordingly, the Parties propose the following schedule:

- Defendants' Deadline to Answer or Move: August 11, 2025
- Plaintiff's Deadline to Respond: September 22, 2025
- Defendants' Deadline to Reply: October 22, 2025



  The Parties' proposed schedule will allow them sufficient time to address the claims raised in the Complaint. Accordingly, the Parties respectfully request that the Court approve their joint request to amend the briefing schedule. Please let us know if Your Honor requires any additional information. Thank you.

Respectfully submitted,

*/s/ Thania Charmani*
Thania (Athanasia) Charmani

cc: All Counsel of Record (via ECF)

---

Application GRANTED. Defendants' deadline to respond to the complaint is **August 11, 2025**. Plaintiff's deadline to oppose Defendants' anticipated motion to dismiss is **September 22, 2025**. Defendants' deadline to file a reply, if any, in further support of the anticipated motion to dismiss is **October 22, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 7.

Dated: July 18, 2025
   New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE