UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GMH CAPITAL PARTNERS LP,

               Plaintiff,

   -against-

CBRE CAPITAL ADVISORS, INC., et al.,

              Defendants.

25-CV-5462 (DEH) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    I have reviewed the parties' Proposed Case Management Plan and Report of Rule 26(f) Conference. (*See* ECF 26.) The Initial Case Management Conference scheduled for **November 25, 2025 at 10:00 AM** will proceed as scheduled. Counsel for Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code 723 178 715 #.**

DATED: November 19, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge