**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
  GMH CAPITAL PARTNERS LP,

|                                         |                               |
|-----------------------------------------|-------------------------------|
|                    Plaintiff,           |      25 **CIVIL** 05462 (DEH)  |
|                                         |                               |
|          -v-                            |      **JUDGMENT**             |

CBRE CAPITAL ADVISORS, INC. ANDCBRE, INC.,

                    Defendants.
--------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2026, Defendant CBRE, Inc. is not liable for the breach of contract claim (Count I), and CBRE, Inc. is DISMISSED as to that claim. Remaining Defendant CBRE Cap's Motion to Dismiss is also GRANTED with respect to GMH's breach of contract claim. Further, Defendants' Motion to Dismiss is GRANTED as to GMH's breach of non-disclosure agreement claim (Count II). Accordingly, the Case is closed.

**Dated:**  New York, New York

        March 30, 2026


                                    **TAMMI M. HELLWIG**

                                    _____
                                         **Clerk of Court**

                **BY:**

                                    _____
                                         **Deputy Clerk**